UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANTHONY JOHNSON, )<br>)<br>Defendant. )<br>_____ ) | 2:06-CR-00092-PMP-PAL<br><br><br><br>O R D E R |

Before the Court for consideration is Defendant Johnson's Motion to Suppress (#19). On November 29, 2006, the Honorable Peggy A. Leen, United States Magistrate Judge, entered a Report of Findings and Recommendation (#27) recommending the denial of Defendant's above-referenced Motion. Objections (#34) were filed on January 5, 2007, by Defendant pursuant to LR IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, to which the Government Responded (#35) also on January 5, 2007.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and LR IB 3-2 and determines that Magistrate Judge Leen's Report of Findings and Recommendation should be affirmed.

\\\\\

\\\\\

IT IS THEREFORE ORDERED that the Report of Findings and Recommendation of Magistrate Judge Leen entered November 29, 2006 (#27) is affirmed, Defendant Johnson's Objections (#34) are overruled and Defendant's Motion to Suppress (#19 ) is denied.

DATED:  January 18, 2007

_____
PHILIP M. PRO
Chief United States District Judge